**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Secretary of the Treasury et al.<br><br>Chahta Okla Nanih Foka Homma Trust, a trust organized under the laws of the State of Wyoming on behalf of the Indigenous Tribe known as Chaha Okla Nanih Foka Homma;<br><br>Ayowumi Iretemi ex rel. Bobbi Jo Helgeson et al.,<br><br>Petitioners,<br><br>vs.<br><br>United States of America;<br><br>State of North Dakota;<br><br>Wells Fargo & Company d/b/a Wells Fargo Bank, N.A;<br><br>and all other unknown persons, government agencies beneficiaries , creditors, claimants, and persons or entities claiming any right, title, estate, lien, claim, demand, security interest, beneficial interest, possessory interest, or other interest in the subject real estate,<br><br>Defendants. | ) | **ORDER**<br><br>Case No. 1:26-cv-267 |

On August 18, 2026, Petitioner Ayowumi Iretemi ("Iretemi") initiated the above-captioned ex rel. or on behalf of Bobbi Jo Helgeson, the Chahta Okla Nanih Foka Homma Trust, and unnamed others with the submission of an application to proceed without prepaying fees and costs and what the undersigned construes as a proposed complaint. (Doc. Nos 1 and 1-1).

On August 21, 2026, the undersigned issued a Report and Recommendation. Therein the undersigned recommended that the Court deny Iretemi's motion to proceed without prepaying fees

and costs and dismis the above-captioned action as Iretemi had no apparent interest in the property at issue in this case and could not represent or otherwise proceed on behalf of others. (Doc. No. 2).

On August 31, 2026, Iretemi filed an objection to the report and recommendation. Therein Iretemi clarifies that she and Bobbi Jo Helgeson are one and the same. With this clarification, finding that Iretemi a/k/a Bobby Jo Helgeson is unable to pay the filing fee, the undersigned **GRANTS** Iretemi's application to proceed without prepayment of fees (Doc. No. 1) and waives the civil filing fee. The Clerk's office shall file the complaint submitted by Iretemi a/k/a Bobby Jo Helgenson. However, it shall not serve Defendants with the complaint until directed to do so as the undersigned as yet to fully screen the complaint pursuant to 28 U.S.C. § 1915(e)(2). The Report and Recommendation (Doc. No. 2) issued on August 21, 2026, is deemed **MOOT**.

**IT IS SO ORDERED.**

Dated this 4th day of September, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court